Revised 12/01/2010

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: | ) Case No. 10 - 46606 - dod -13 |
|   | ) |
| John P. Thomas | ) SSN: xxx-xx-7673 |
|   | ) |
| Debtor(s) | ) |

## CHAPTER 13 PLAN AND PLAN SUMMARY

☐  A check in this box indicates that this plan contains deviations from the standard provisions of the model plan adopted by the court at the time of its filing.  If changes have been made to the pre-printed text of the model plan form and this box has not been checked, such changes are null and void.

☒ Debtor (and joint debtor if applicable) certifies that all tax returns due for the four tax years prior to the petition date have been filed.

☒ Debtor(s) has/have not filed all tax returns due for the four tax years prior to the petition date.  The tax return(s) that have not been filed are the following returns and year due: _____.

☐ Original plan                                  ☒ Above median
☒ Amended plan                                   ☐ Below median

**YOUR RIGHTS WILL BE AFFECTED.**  You should read these papers carefully and discuss them with your attorney. Any party who wishes to oppose any provision of this plan must file a timely written objection. This plan may be confirmed without further notice or hearing unless written objection is filed with the clerk of the court before the deadlines specified in Local Rule 3083-1(D) and (E).

Unless otherwise noted, all statutory references are to Title 11 of the United States Code and all references to "court" are to the United States Bankruptcy Court for the Western District of Missouri.  See Plan Provisions section for definitions.

1. **OTHER REMARKS OR PROVISIONS:**

   **Debtor has a 401k loan that deducts $224.00 per month. Debtor's 401k loan ends March 2012.  Debtor's March 2012 payment will increase to $349.00.  Debtor will continue to pay $349.00 for the remainder of the Plan.**

   Date:  2/7/11

   By: s/ Jerome Dubin

        Attorney name: Jerome Dubin #62316
        Attorney address: 1125 Grand Blvd #916 Kansas City MO 64106
        Attorney phone number: 816-283-8484

v.3.0                                    1